JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4542 AHM<br>CR 07-145 AHM√ | Date | March 19, 2009 |
|---|---|---|---|
| Title | United States of America v. Juan Carlos Lopez-Guzman | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | | Not Reported | |
| Deputy Clerk | | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS

The Court DENIES petitioner's motion to vacate his sentence. Under *Strickland v. Washington*, 466 U.S. 668 (1984), his lawyer's decision not to argue for a downward departure for supposed post-conviction rehabilitation was not deficient at all, much less "so deficient that it fell below an objective standard of reasonableness." *Id.* at 688. Had counsel made that argument, petitioner would have lost the considerable benefits he obtained in entering into the plea agreement, because such an argument would have constituted a breach of that agreement. Moreover, the argument would not have been deemed meritorious; petitioner's rehabilitation, while apparently commendable, was neither so unusual nor so pronounced that it would have warranted a departure.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**